UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YVON NAZAIRE, DAVID CHENG, and
JOHN MABOYOJE,

                    Plaintiffs,

-against-

KINGSBROOK JEWISH MEDICAL CENTER,
MARY MONG, LINDA BRADY, MEDICAL
SERVICES OF SUFFOLK, P.C., a/k/a ISLAND
EMERGENCY MEDICAL SERVICES, and
DANIEL FERRARA,

                    Defendants.
------------------------------------------------------------X

JUDGMENT
04-CV-1415 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ AUG 31 2006 ★

BROOKLYN OFFICE

      A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on August 28, 2006, granting the defendants' motion for summary judgment; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that the defendants' motion for summary judgment is granted.

Dated: Brooklyn, New York
       August 28, 2006

                                                ROBERT C. HEINEMANN
                                                Clerk of Court